# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3008
_____

HAROLD CUELLO MERCADO,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and MAILYN MESA,

    Appellees.

_____

On appeal from the Department of Revenue, Child Support
Program.
Ann Coffin, Director.

July 15, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

_____

*__Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.__*

_____


Harold Cuello Mercado, pro se, Appellant.

Sarah C. Prieto, Fort Lauderdale, for Appellee Department of
Revenue.

No appearance for Appellee Mailyn Mesa.